# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2019

Bridget M. McCormack,
Chief Justice

159085 & (26)

David F. Viviano,
Chief Justice Pro Tem

LAVETA ANDERSON and CHARLES J.
TAUNT,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

    Plaintiffs-Appellees,

v

SC: 159085
COA: 344540
Oakland CC: 2016-153143-NH

JENNY SHIH, D.O., INOCENCIO CUESTA,
M.D., MALINI VENKATRAM, M.D., SUCHITA
BHEEMREDDY, M.D., UNIVERSITY
PHYSICIAN GROUP, VHS PHYSICIANS OF
MICHIGAN, HARPER-HUTZEL HOSPITAL,
LEGACY HHH, VHS HARPER-HUTZEL, INC.,
VHS OF MICHIGAN, INC., LEGACY DMC,
TENET HEALTHCARE CORPORATION,
BOTSFORD GENERAL HOSPITAL, and
THE WELLNESS PLAN,
    Defendants,

and

KARTHIK YADAGIRI, P.T., RUPA PATEL, P.T.,
THERAMATRIX, INC., d/b/a THERAMATRIX
PHYSICAL REHABILITATION, THERAMATRIX
PHYSICAL REHABILITATION, THERAMATRIX
PHYSICAL THERAPY NETWORK, L.L.C., and
THERAMATRIX PHYSICAL THERAPY PLAN,
INC.,
    Defendants-Appellants.

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 26, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. Trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2019



a0305

Clerk